| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| State of Alaska | J04 015 C1 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Anthony G. Bartlett | Serve PFD Garnishment |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

State of Alaska

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

Dept of Revenue / Permanent Fund Dividend

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Anne-Marie Palumbo
Dept. of Law
PO Box 110300
Juneau AK 99811

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

MAR 1 - 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Serve by 9/15/05

Signature of Attorney or other Originator requesting service on behalf of:   ☒ PLAINTIFF  ☐ DEFENDANT

A. Marie Palumbo

TELEPHONE NUMBER: 465-2412

DATE: 8/23/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 6 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk | Date 9-1-05 |
|---|---|---|---|---|---|
| | 1 | | | Linda M Klemm | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):  LINDA NORRIS

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 9-1-05    Time: 13:25 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $48 | .81 | | 458 | | | |

**REMARKS:**

Returned No funds

2005 SEP -1 AM 11:32
RECEIVED
U.S. MARSHALS SERVICE
ANCHORAGE
ALASKA

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

qryG0137

| Case | Status |
|---|---|
| 2005 A01108CR | P |
| 2005 F93035CRJWS | P |
| 2005 A01022MI | P |
| 2005 A01143CRJWS | P |
| 2005 A0123CR | P |
| 2005 A0352CR | D |
| 2005 A98182CRJWS | D |
| 2005 A92362CV | D |
| 2005 A88389CIV | D |
| 2005 F02002CR | D |
| 2005 A01035CR | D |
| 2005 J0415CI | D |
| 2005 A03181CV | D |
| 2005 A02053CR | D |
| 2005 A04046CV | D |
| 2005 A01048CRJWS | D |
| 2005 A01083CV | D |
| 2005 A01177CR | D |
| 2005 A0111CR | D |
| 2005 A99093CR | D |
| 2005 A02041CR | D |
| 2005 A95468CV | D |
| 2005 J03014CR | D |
| 2005 A0384CR | D |
| 2005 A01071CR | D |
| 2005 A98104CV | D |
| 2005 A035CR | D |
| 2005 A0289CR | D |
| 2005 F911223CR | D |
| 2005 A98105CR | D |
| 2005 A0388CR | D |
| 2005 A04027CV | D |
| 2005 A00069CR | D |
| 2005 A99553CV | D |
| 2005 A0429MI | D |
| 2005 A97423CV | D |
| 2005 K01003CR | D |
| 2005 A98018CR | D |
| 2005 A99130CR | D |
| 2005 A98040CV | D |
| 2005 A980121CR | D |
| 2005 A03088CR | D |
| 2005 A980531CR | D |
| 2005 F95037CR | D |
| 2005 A02112CR | D |
| 2005 A03096CR | D |
| 2005 A97375CV | D |
| 2005 A0229CR | D |
| 2005 A9325MISC | D |
| 2005 A99130CR | D |
| 2005 A98137CR | Released |
| 2005 A99519CV | Denied |

# NOTICE OF LEVY ON ALASKA PERMANENT FUND DIVIDEND BY A COURT WRIT

**To:** State of Alaska
Department of Revenue
Permanent Fund Dividend Division

**From:** U. S. Marshal
222 W 7th Ave #28
Anchorage, AK 99513-7504
Phone (907) 271-5154

*- For PFD Division Use Only -*

PFD Server Code

Loca

**Priority** _____

☐ Check here if you are adding or correcting information from a previously submitted notice of levy. Date of previous notice _____.
*Highlight information being corrected or added.*

**Case Number**   J☒☒ - O4 - O15   C I
  *Location Code*  *Year*  *Case Number*   *Case Type*

*Example:* 1JU-02-01234 CI

Case type must be one of the following:
CI (Civil)
CN (Child in Need of Aid)
CP (Children Proceeding)
CR (Criminal)
DL (Delinquency)
DR (Domestic Relations)
DV (Domestic Violence)
PR (Probate)
SC (Small Claims)

YOU ARE HEREBY NOTIFIED that all funds in your possession or under your control belonging to the person identified below, not exceeding the Total Due listed below, is hereby levied upon by the attached writ.

**Judgment Debtor Name**   Anthony G. Bartlett

**AKA or Alias**   _____

**Social Security Number**   _____

**Date of Birth**   _____

**Amount of Writ**   $ 201,291.66

**Service Fee**   $ _____

**Interest to October 15**   $ 1,162.08

**Total Due**   $ _____

**Service Agent**
Signature: [signed] *R B. Cobb*
Date: 9-1-05
Printed Name: R. COBB
Title: DUSM / PILOT

Funds seized under this Notice of Levy will be forwarded to the Clerk of Court that issued the writ.

NOL New (1/03)   www.pfd.state.ak.us