# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** State of Alaska | **COURT CASE NUMBER** J04 015 CI |
| **DEFENDANT** Anthony G. Bartlett | **TYPE OF PROCESS** Serve PFD Garnishment |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ State of Alaska

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Dept. of Revenue / Permanent Fund Division

RECEIVED
FEB 02 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Anne-Marie Palumbo
Dept. of Law
PO Box 110300
Juneau AK 99811

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve on 4/1/06

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF ☐ DEFENDANT
**TELEPHONE NUMBER** 465-2412
**DATE** 3/16/06

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 6 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk | Date 4-1-06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 4/4/06   Time: 13:05 pm

Signature of U.S. Marshal or Deputy

| Service Fee 45 | Total Mileage Charges (including endeavors) .89 | Forwarding Fee | Total Charges 45.89 | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

**REMARKS:** Returned No Funds

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

# NOTICE OF LEVY ON ALASKA PERMANENT FUND DIVIDEND
# BY A COURT WRIT

**To:** State of Alaska
Department of Revenue
Permanent Fund Dividend Division

**From:** U. S. Marshal
222 W 7th Ave #28
Anchorage, AK  99513-7504
Phone (907) 271-5154

*- For PFD Division Use Only -*

PFD Server Code

# G0137

Location _____

Priority _____

[X] Check here if you are adding or correcting information from a previously submitted notice of levy. Date of previous notice __4-4-06__.
*Highlight information being corrected or added.*

Case type must be one of the following:
CI (Civil)
CN (Child in Need of Aid)
CP (Children Proceeding)
CR (Criminal)
DL (Delinquency)
DR (Domestic Relations)
DV (Domestic Violence)
PR (Probate)
SC (Small Claims)

**Case Number** __J__ - __04__ - __015__   __CI__
  Location Code  Year  Case Number  Case Type

*Example:* 1JU-02-01234 CI

YOU ARE HEREBY NOTIFIED that all funds in your possession or under your control belonging to the person identified below, not exceeding the Total Due listed below, is hereby levied upon by the attached writ.

**Judgment Debtor Name**   Anthony G. Bartlett

**AKA or Alias**   [redacted]

**Social Security Number**   [redacted]

**Date of Birth**   [redacted]

**Amount of Writ**   $ 201,291.66

**Service Fee**   $ 45.89

**Interest to October 15**   $ 2889.13

**Total Due**   $

**Service Agent**

Signature: Rochelle Liedike (?)
Printed Name: 
Date: 4/4/06
Title:

Funds seized under this Notice of Levy will be forwarded to the Clerk of Court that issued the writ.

NOL New (1/03)                                                                                    www.pfd.state.ak.us

*Alaska Department of Revenue*
**Permanent Fund Dividend Division**
2006 No Hit List

| Account | G# | Case | Last Name | First Name | MI | DOB | Status | Code | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 653038 | G0137 | 399CR077 | KANIADAKIS | STEVEN | J | 19561114 | A | CR | $141,775.98 |
| 653149 | G0137 | 1IIIQ415CI | BARTLETT | ANTHONY | G | 19531117 | A | SA | $201,291.66 |
| 653153 | G0137 | 301CR60 | ANNISTASIA PARKER | JENNA | L | 19761225 | A | CR | $10,710.18 |
| 653153 | G0137 | 300CR45 | PRESCOTT | DAMIEN | | 19800508 | A | CR | $134,362.44 |
| 653153 | G0137 | 303CR87 | SMITH | HELEN | M | 19440222 | A | CR | $560,144.19 |
| 653153 | G0137 | 303CR87 | SMITH | KENNITH | A | 19420422 | A | CR | $71,923.98 |
| 653153 | G0137 | 105CR1 | TIFFANY | WADE | | 19720412 | A | CR | $19,965.97 |
| 653153 | G0137 | 399CR36 | WRIGHT | JAMES | A | 19631203 | A | CR | $28,828.26 |
| 653153 | G0137 | 303CR74 | HELM | BARBARA | A | 19520305 | A | CR | $24,801.77 |
| 653155 | G0137 | 397CV409 | OLSON | KARIN | L | 19510614 | A | FA | $81,481.49 |
| 653155 | G0137 | 302CR053 | CHANTHASENG | LISA | | 19830710 | A | CR | $27,810.22 |
| 653155 | G0137 | 398CR018 | BARNETT | HUGH | W | 19660615 | A | CR | $1,595.05 |
| 653155 | G0137 | 303CR005 | ARNSWORTH | RASHAD | | 19781029 | A | CR | $60,584.36 |
| 653206 | G0137 | 301CR85JKS | HANEY | SUSAN | | 19580123 | A | CR | $22,186.70 |
| 653206 | G0137 | 303CR121JDR | FELIX | MARGARET | | 19750613 | A | CR | $1,542.59 |
| 653206 | G0137 | 303CR88RRB | BRADLEY | ELDRIDGE | | 19691031 | A | CR | $41,823.48 |
| 653206 | G0137 | 402CR19RRB | HYMES | DONALD | | 19341230 | A | CR | $89,962.25 |
| 653206 | G0137 | 303CR96RRB | BECKMAN | MICHAEL | L | 19470222 | A | CR | $692.97 |
| 653206 | G0137 | 392CR79AHB | GORMAN | DENNIS | L | 19460908 | A | CR | $176,119.46 |
| 653206 | G0137 | 491CR122HRH | DUNHAM | WENDELL | R | 19460307 | A | CR | $14,518.74 |
| 653206 | G0137 | 301CR11JWS | DOERNER | RYAN | P | 19820202 | A | CR | $23,531.72 |
| 653206 | G0137 | 300CV159JKS | MERCHLEWITZ RAYBURN | VICKIE | L | 19610625 | A | FA | $5,767.15 |
| 653206 | G0137 | 305CR46JWS | CARRILLO-ESQUIVEL | MARCO | T | 19690428 | A | CR | $22,419.53 |
| 653209 | G0137 | J0219CI | LIND | ELIA | | 19560521 | A | SA | $190,810.18 |
| 653214 | G0137 | 398CR00105 | INMAN | SCOTT | A | 19751108 | A | CR | $22,949.48 |
| 653214 | G0137 | 399CR00093 | LEE | TERRY | | 19540605 | A | CR | $1,619.60 |
| 653214 | G0137 | 301CR00035 | JOHNSON | DAVID | M | 19541119 | A | CR | $3,595.83 |
| 653214 | G0137 | 493CR00035 | THERIAULT | BECKY | A | 19601228 | A | CR | $22,767.98 |
| 653214 | G0137 | 398CR00053 | SMART | CAROLYN | | 19530323 | A | CR | $6,475.39 |
| 653216 | G0137 | 305CR23JKS | GOMEZ | CHRISTIAN | S | | A | CR | $1,384.99 |
| 653216 | G0137 | 402CR8RRB | SKINNER | BENJAMIN | I | 19800212 | A | CR | $5,224.29 |
| 653217 | G0137 | 304CR52JKS | CHRISTENSEN | JENNIFEWR | | 19710727 | A | CR | $230,277.13 |
| 653217 | G0137 | 300CR137JKS | LANZ | JUSTIN | K | 19790312 | A | OT | $1,175.66 |
| 653220 | G0137 | 304CV00027JKS | BOWEN | BARBARA | | | A | OT | $76,076.35 |
| 653243 | G0137 | 303CV181JWS | KOLLER | JOHN | M | 19600304 | A | FA | $149,656.22 |

**Klemm, Linda (USMS)**

**From:** Vonda StClair [vonda_stclair@revenue.state.ak.us]
**Sent:** Tuesday, December 05, 2006 3:54 PM
**To:** Klemm, Linda (USMS)
**Subject:** G0137 PFD No Payment Notification

You filed a levy on the items attached. There are no funds available for these items because the individuals were not eligible or the funds were taken by a higher priority.

If I can be of further assistance, please do not hesitate to contact me.

Vonda St.Clair
Administrative Clerk III
Permanent Fund Dividend Division
(907) 465-4671
vonda_stclair@revenue.state.ak.us

12/6/2006