**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** State of Alaska, Div of Investments | **COURT CASE NUMBER** J-04-015 CI |
| **DEFENDANT** Anthony Bartlett | **TYPE OF PROCESS** PFD Garnishment |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ State of AK Dept of Revenue PFD Division

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Anne-Marie Palumbo
Redacted Address

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

RECEIVED APR 08 2008 CLERK, U.S. DISTRICT COURT, ANCHORAGE, A.K.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve PFD garnishment

| Signature of Attorney or other Originator requesting service on behalf of: /s/ M Palumbo | ☒ PLAINTIFF ☐ DEFENDANT | **TELEPHONE NUMBER** 465-2412 | **DATE** 4/2/07 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 6 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk | Date 4/9/07 |
|---|---|---|---|---|---|

I hereby certify and return that ☒ I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☒ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 4-10-07  Time 1130 pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee 45 | Total Mileage Charges (including endeavors) .97 | Forwarding Fee | Total Charges 45.97 | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS:

Returned No funds

**PRIOR EDITIONS MAY BE USED**   **1. CLERK OF THE COURT**   **FORM USM-285 (Rev. 12/15/80)**

# NOTICE OF LEVY ON ALASKA PERMANENT FUND DIVIDEND
## BY A COURT WRIT

**To:** State of Alaska
Department of Revenue
Permanent Fund Dividend Division

**From:** U. S. Marshal
222 W 7th Ave #28
Anchorage, AK 99513-7504
Phone (907) 271-5154

*- For PFD Division Use Only -*

PFD Server Code

**G0137**

Location _____

Priority _____

☐ Check here if you are adding or correcting information from a previously submitted notice of levy. Date of previous notice _____.
*Highlight information being corrected or added.*

**Case Number** J - 04 - 015   CI
 *Location Code  Year  Case Number   Case Type*

*Example:* 1JU-02-01234 CI

Case type must be one of the following:
CI (Civil)
CN (Child in Need of Aid)
CP (Children Proceeding)
CR (Criminal)
DL (Delinquency)
DR (Domestic Relations)
DV (Domestic Violence)
PR (Probate)
SC (Small Claims)

YOU ARE HEREBY NOTIFIED that all funds in your possession or under your control belonging to the person identified below, not exceeding the Total Due listed below, is hereby levied upon by the attached writ.

| | |
|---|---|
| **Judgment Debtor Name** | Anthony G. Bartlett |
| **AKA or Alias** | |
| **Social Security Number** | Redacted SSN |
| **Date of Birth** | Redacted DOB |
| **Amount of Writ** | $ 201,291.66 |
| **Service Fee** | $ |
| **Interest to October 15** | $ |
| **Total Due** | $ |

**Service Agent**
Signature: [signature]     Date: 4-10-07
Printed Name:               Title:

Funds seized under this Notice of Levy will be forwarded to the Clerk of Court that issued the writ.

NOL New (1/03)                                   www.pfd.state.ak.us